IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KYLE L. ROBERTSON,**

    **Petitioner,**                              **CASE NO. 2:10-cv-0399**

**v.**

                                             **JUDGE GREGORY L. FROST**

**WARDEN, ROSS CORRECTIONAL**     **MAGISTRATE JUDGE KEMP**
**INSTITUTION,**

    **Respondent.**

## OPINION AND ORDER

On February 8, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate under 28 U.S.C. §2254 be dismissed. Doc. No. 16. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                       /s/ Gregory L. Frost
                                                    **GREGORY L. FROST**
                                                    **UNITED STATES DISTRICT JUDGE**